✎AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

CARLA L. THREATT

V.

REGIONS BANK

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:05 cv 765-m

TO: (Name and address of Defendant)

REGIONS BANK
C/O LAWYERS INCORPORATING SVC INC, REGISTERED AGENT
150 S. PERRY STREET
MONTGOMERY, AL 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PENNY D. HAYS
ALABAMA INJURY LAWYERS, P.C.
401 OFFICE PARK DRIVE
BIRMINGHAM, AL 35223
(205) 870-9848

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 8/17/05