## UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

September 16, 2005

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Carla Threatt   vs.  Regions Bank
Civil Action No.  2:05-cv-765(M)

The above-styled case has been reassigned to Judge Mark E. Fuller.

Please note that the case number is now 2:05-cv-765(F).  This new case number should be used on all future correspondence and pleadings in this action.