IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CARLA L. THREATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV: 2:05-cv-765-F |
| | ) | |
| REGIONS BANK, | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

1. <u>Appearances</u>:

Pursuant to Fed. R. Civ. P 26(f), a meeting of the parties' representatives was held on October 4, 2005.

    a.    Appearing on behalf of Plaintiff:

        Penny D. Hays, Alabama Injury Lawyers, P.C., Birmingham, Alabama

    b.    Appearing on behalf of Defendant:

        Charles B. Paterson, Balch & Bingham, LLP, Montgomery, Alabama
        Kelly F. Pate, Balch & Bingham, LLP, Montgomery, Alabama

2. <u>Synopsis of case</u>:

Plaintiff seeks to have the Defendant institute policies, practices, and programs which eradicate the effects of its past and present unlawful employment practices; to be made whole for lost earnings and benefits due to effects of Defendant's unlawful employment practices; compensation for pecuniary and non-pecuniary loses for

Defendant's violations of the Americans With Disabilities Act; attorney's fees and costs.

The Defendant realleges all affirmative defenses from the answer filed in response to Plaintiff's Complaint as if fully set forth herein. The Defendant denies all of the Plaintiff's allegations and contentions which were or which could have been stated in the Plaintiff's Complaint.

3. Join Additional Parties/Amend the Pleadings:

    a. The Plaintiff shall have until August 1, 2006, to join any additional parties and to amend the pleadings.

    b. The Defendant shall have until August 29, 2006, to join any additional parties and to amend the pleadings.

4. Dispositive Motions:

All potentially dispositive motions must be filed by November 27, 2006.

5. Expert Testimony:

Unless modified by stipulation of the parties, the disclosure of expert witnesses — including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

    a. From the Plaintiff:     September 1, 2006

    b. From the Defendant:     September 15, 2006

6. Discovery Limitations and Cutoffs: The parties jointly propose to the Court the following discovery plan:

Maximum of 8 depositions for the Plaintiff and 8 depositions for the Defendants, excluding Expert depositions, with a maximum time limit of 8 hours per deposition, unless extended by agreement of the parties.

Maximum of 40 Interrogatories to each party, with responses due within 30

days after service.

Maximum of **20** Requests for Admission to each party, with responses due within 30 days after service.

Maximum of 40 Requests for Production to each party, with responses due within 30 days after service.

Supplementation under Rule 26(e), Fed. R. Civ. P., due 14 days before the close of discovery.

Pre-discovery disclosure: The parties shall exchange the information required by Local Rule 26.1(a)(1) by October 2, 2006.

All discovery must be commenced in time to be completed by November 1, 2006.

7. <u>Pre-trial conference:</u>

   The parties request a pretrial conference be scheduled in November, 2006.

8. <u>Trial:</u>

   The parties request this case be set for a trial by jury in December, 2006.

   Trial is expected to last 3 days.

9. <u>Final lists:</u>

   Final lists of trial witnesses and exhibits under Fed. R. Civ, P. 26(a)(3) must be served and filed:

   a.   By the Plaintiff: 14 days before trial.

   b.   By the Defendant: 14 days before trial.

   Objections are to be filed within 15 days after receipt of final lists.

10. <u>Scheduling Conference:</u>

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

11. <u>Motions in Limine</u>:

All *in limine* motions should be filed 7 days before trial.

12. <u>Settlement</u>:

Settlement cannot be realistically evaluated prior to the completion of discovery.

13. <u>Suitability of Action for Mediation</u>:

The Parties cannot realistically evaluate the suitability of this action for mediation prior to the completion of some discovery and depositions.

Submitted this ** day of October, 2005.

/s/ Penny D. Hays
Penny D. Hays (ASB-6309-A63P)
Attorney for Plaintiff

**OF COUNSEL:**
ALABAMA INJURY LAWYERS, P.C.
401 Office Park Drive
Birmingham, Alabama 35223
(205)870-9848
(205)871-8882 Facsimile

/s/ Charles B. Paterson
Charles B. Paterson (ASB-1542-R73C)
Attorney for Defendant

**OF COUNSEL:**
Balch & Bingham
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549

(334) 834-6500  
**(866) 736-3857 Facsimile**

        /s/ Kelly F. Pate  
        Kelly F. Pate (ASB-5289-L63F)  
        Attorney for Defendant

**OF COUNSEL:**  
Balch & Bingham  
105 Tallapoosa Street, Suite 200  
Montgomery, AL 36104-2549  
(334) 834-6500  
**(866) 736-3857 Facsimile**