IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. ) 2:05CV765-M ) |
| REGIONS BANK, | ) ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Comes now the undersigned and files notice of her appearance as additional counsel of record for Defendant Regions Bank.

    Kelly F. Pate (FIT014)
    Balch & Bingham LLP
    Post Office Box 78
    Montgomery, Alabama  36101
    Telephone: (334) 834-6500
    Facsimile: (334) 269-3115

The undersigned requests that all pleadings, motions, and other papers filed with the Court, and all notices from the Court or the Clerk, be served on her at the address shown.

Dated this 30th day of November, 2005.

                                       /s/ Kelly F. Pate
                                       One of the Attorneys for Defendant, Regions Bank.

OF COUNSEL:
Charles B. Paterson (Pat018)
Kelly F. Pate (PAT018)
BALCH & BINGHAM LLP
105 Tallapoosa Street
Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (334) 269-3115

163062.1

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party with a copy of the above and foregoing by depositing a copy of the same in the United States Mail, first class postage prepaid, and properly addressed to the following:

Penny Dianne Hays, Esq.
Alabama Injury Lawyers
401 Office Park Drive
Birmingham, Alabama 35223

this the 30th day of November, 2005.

_Kelly J. Pate_
Of Counsel