**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

January 26, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re: Threatt v. Regions Bank
Civil Action No.   2:05-cv-00765-MEF

The above-styled case has been reassigned to Judge Myron H. Thompson.

Please note that the case number is now   2:05-cv-00765-MHT.   This new case number should be used on all future correspondence and pleadings in this action.