IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT,        ) | |
|     Plaintiff,       ) | |
|                                     ) | CIVIL ACTION NO. |
| v.                        ) | 2:05cv765-MHT |
| REGIONS BANK,             ) | |
|     Defendant.     ) | |

### ORDER

It is ORDERED that the uniform scheduling order (Doc. No. 8) is modified in the following respects:

(1) The pretrial is reset for January 29, 2007, and the trial is reset for term of court beginning on February 26, 2007, with all deadlines expressly tied to these two dates adjusted accordingly.

(2) All other deadlines are unchanged.

DONE, this the 31st day of January, 2006.

                                                     /s/ Myron H. Thompson
                                          UNITED STATES DISTRICT JUDGE