### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CV: 2:05-cv-00765-MHT |
| | ) |
| REGIONS BANK, | ) |
| | ) |
|     Defendant. | ) |

### PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW the Plaintiff, Carla Threatt, and hereby requests this Honorable Court to grant her leave to file an Amended Complaint and, as grounds in support therefore, states as follows:

1. Said amendment is within the time provided by this Court's Scheduling Order.

2. The Defendant will not be prejudiced by the Plaintiff's filing of the Amended Complaint, a copy of which is attached hereto as Exhibit 1.

Wherefore, the Plaintiff respectfully requests this Honorable Court to grant her leave to file this amended complaint.

/s/ Penny D. Hays_____
Penny D. Hays (ASB-6309-A63P)
Attorney for Plaintiff

**OF COUNSEL**:
ALABAMA INJURY LAWYERS, P.C.
401 Office Park Drive
Birmingham, Alabama 35223
(205) 870-9848

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles B. Paterson and Kelly F. Pate, BALCH & BINGHAM, and I hereby certify that I have mailed by United States Postal Service the document to the following non - CM/ECF participants: not applicable.

                                            Respectfully submitted,

                                            s/<u>Penny D. Hays</u>
                                            Penny D. Hays (ASB-6309-A63P)
                                            401 Office Park Drive
                                            Birmingham, AL 35223
                                            Phone: (205) 870-9848
                                            Fax: (205) 871-8882
                                            E-mail: penny@lorantlaw.com