**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| CARLA L. THREATT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV: 2:05-cv-00765-MHT |
| ) | JURY DEMAND |
| REGIONS BANK, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S AMENDED COMPLAINT**

COMES NOW the Plaintiff and hereby files this Amended Complaint to add the following claims:

**COUNT TWO
FMLA**

25. The Plaintiff adopts the averments and allegations of paragraphs 1 through 24 of the Plaintiff's Complaint as if fully set forth herein.

26. The Defendant regularly employees more than 50 employees and is an employer as defined by the FMLA. 29 U.S.C. §2611(4).

27. The Plaintiff began working for the Defendant in 1996. The Plaintiff has been employed by the Defendant for more than one year and worked at least 1,250 hours during the 12-month period prior to her need for leave under the FMLA.

28. On July 14, 2005, the Plaintiff was diagnosed with a serious medical condition, to wit multiple sclerosis.

29. On July 14, 2005, the Plaintiff was eligible to take leave under the FMLA.

30. The Plaintiff is an employee protected under the FMLA.

31. The Defendant was on notice that the Plaintiff needed leave under the FMLA and received medical documentation which confirmed that the Plaintiff suffered from a

serious health condition.

32. The Defendant violated 29 U.S.C. §2615(a)(1) by interfering, restraining, and/or denying the Plaintiff's rights under the FMLA.

33. As the proximate result of the Defendant's actions, the Plaintiff suffered lost wages, lost employment benefits including health insurance, lost retirement benefits, was unable to obtain medical treatment, and suffered extreme mental anguish, physical sickness, and worry.

34. The Plaintiff seeks damages for her lost wages, lost employment benefits, lost retirement benefits, plus interest; liquidated damages; attorneys' fees and costs. Additionally, the Plaintiff seeks reinstatement to her position as an Accounting Specialist III, with all employment benefits, health insurance, and retirement benefits.

## AMOUNT OF DAMAGES DEMANDED

WHEREFORE, PREMISES CONSIDERED, Plaintiff, Carla Threatt, demands a judgment against the Defendant, Regions Bank, for the following:

- A. Lost wages, employment benefits and retirement benefits, plus interest, due to the Defendant's violations of the FMLA;
- B. Liquidated damages for the Defendant's violation of the FMLA;
- C. Equitable relief as may be appropriate, including reinstatement;
- D. Costs and reasonable attorney's fees pursuant to 29 U.S.C. §2617(a)(3);
- E. For such other and further relief as the Court may deem just and proper.

/s/ Penny D. Hays_____
Penny D. Hays (ASB-6309-A63P)
Attorney for Plaintiff

**OF COUNSEL**:
ALABAMA INJURY LAWYERS, P.C.
401 Office Park Drive
Birmingham, Alabama 35223
(205) 870-9848

## JURY DEMAND

The Plaintiff hereby demands a trial by struck jury on all issued in this Amended Complaint.

/s/ Penny D. Hays _____

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles B. Paterson and Kelly F. Pate, BALCH & BINGHAM, and I hereby certify that I have mailed by United States Postal Service the document to the following non - CM/ECF participants: not applicable.

Respectfully submitted,

s/Penny D. Hays_____
Penny D. Hays (ASB-6309-A63P)
401 Office Park Drive
Birmingham, AL 35223
Phone: (205) 870-9848
Fax: (205) 871-8882
E-mail: penny@lorantlaw.com