# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **CARLA L. THREATT**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.** |
| **v.** ) | **2:05-cv-00765-MHT** |
| ) | |
| **REGIONS BANK,** ) | |
| ) | |
| **Defendant.** ) | |

## OBJECTION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

Comes now Regions Bank, the Defendant in the above-styled action and objects to the Plaintiff's Motion for Leave to Amend Complaint and as grounds therefor shows to the Court as follows:

1. The Plaintiff's original Complaint was filed on August 11, 2005 and was based upon alleged violations of the Americans With Disabilities Act of 1990.

2. On October 6, 2005, the Court entered a Uniform Scheduling Order requiring in Section 4 thereof that any motions to amend the pleadings shall be filed on or before December 21, 2005.

3. The Plaintiff now seeks to add an entirely new cause of action based upon FMLA in violation of the Uniform Scheduling Order.

165017.1

Respectfully submitted this 2nd day of February, 2005.

/s Charles B. Paterson
Charles B. Paterson, Bar Number:  ASB-1542-R73C
Kelly F. Pate, Bar Number:  ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following electronically and/or by mail with United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 2nd day of February, 2006:

Penny Dianne Hays, Esq.
Alabama Injury Lawyers
401 Office Park Drive
Birmingham, Alabama 35223

/s Charles B. Paterson
Charles B. Paterson, Bar Number:  ASB-1542-R73C
Kelly F. Pate, Bar Number:  ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com