IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:05cv765-MHT |
| ) | |
| REGIONS BANK, ) | |
| ) | |
|    Defendant. ) | |

ORDER

It is ORDERED that plaintiff's motion for leave to amend complaint (Doc. No. 15) is granted.  The court assumes that the defendant has no objection to the allowance of the amendment; however, if it does, it must file the objection within seven days from the date of this order.

DONE, this the 2nd day of February, 2006.

                                            /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE