IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **CARLA L. THREATT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:05cv765-MHT |
| | ) | |
| **REGIONS BANK,** | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that defendant's objection (Doc. No. 16) is set for submission, without oral argument, on February 21, 2006, with all briefs due by said date. In her brief, plaintiff should specifically address defendant's contention that the amended complaint was not submitted within the time allowed under the uniform scheduling order.

DONE, this the 8th day of February, 2006.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**