IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CV: 2:05-cv-00765-MHT |
| | ) |
| REGIONS BANK, | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S OBJECTION
TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

COMES NOW the Plaintiff, Carla Threatt, and hereby responds to the Defendant's objection to the Plaintiff's request to amend her complaint as follows:

1. Rule 16(b) provides that a scheduling order shall not be modified except upon a showing of good cause. Fed. R. Civ. P. In this case, there is good cause.

2. In the Report of Parties' Planning Meeting, the parties had originally agreed that the Plaintiff would have until August 1, 2006 to amend the pleadings. When this Court entered its Scheduling Order changing the deadline for amending the pleadings to December 21, 2005, that specific date was overlooked and therefore not corrected on counsel's calendar.

3. Even though the deadline set by the Court has passed, the Defendant will not suffer any prejudice by allowing the amendment. Discovery is open until December 20, 2006. Thus, allowing the amendment will not affect any other deadlines.

4.  Additionally, no depositions have been taken. Therefore, there will not be any added expense to the Defendant nor will there be any unnecessary duplication of testimony.

5.  The Defendant has not argued that it will be prejudiced in any way by the allowance of the Plaintiff's amended complaint.

Wherefore, the Plaintiff respectfully requests this Honorable Court to find good cause and allow her leave to file her amended complaint.

/s/ Penny D. Hays_____
Penny D. Hays (ASB-6309-A63P)
Attorney for Plaintiff

**OF COUNSEL**:
ALABAMA INJURY LAWYERS, P.C.
401 Office Park Drive
Birmingham, Alabama 35223
(205) 870-9848

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles B. Paterson and Kelly F. Pate, BALCH & BINGHAM, and I hereby certify that I have mailed by United States Postal Service the document to the following non - CM/ECF participants: not applicable.

Respectfully submitted,

s/Penny D. Hays_____
Penny D. Hays (ASB-6309-A63P)
401 Office Park Drive
Birmingham, AL 35223
Phone: (205) 870-9848
Fax: (205) 871-8882
E-mail: penny@lorantlaw.com