IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLA L. THREATT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | **2:05-cv-00765-MHT** |
| ) | |
| **REGIONS BANK,** ) | |
| ) | |
| Defendant. ) | |

## REGIONS BANK'S OPPOSITION TO PLAINTIFF'S
## MOTION TO LEAVE TO AMEND COMPLAINT

Defendant Regions Bank objects to Plaintiff's Motion for Leave to Amend Complaint. As grounds, Regions adopts and incorporates by reference its "Memorandum Brief in Support of Regions Bank's Opposition to Plaintiff's Motion for Leave to Amend Complaint", filed simultaneously herewith, and its "Objection to Plaintiff's Motion for Leave to Amend Complaint" previously filed on February 2, 2006.

Respectfully submitted this 20th day of February, 2006.

/s Kelly Pate
Charles B. Paterson, Bar Number: ASB-1542-R73C
Kelly F. Pate, Bar Number: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following electronically and/or by mail with United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 20th day of February, 2006:

Penny Dianne Hays, Esq.
Alabama Injury Lawyers
401 Office Park Drive
Birmingham, Alabama 35223

/s Kelly F. Pate