IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLA L. THREATT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **2:05-cv-00765-MHT** |
| ) | |
| **REGIONS BANK,** ) | |
| ) | |
| Defendant. ) | |

## ANSWER OF DEFENDANT REGIONS BANK TO PLAINTIFF'S AMENDED COMPLAINT

Comes now, Regions Bank, the Defendant in the above styled cause and for answer to the Plaintiff's Amended Complaint states as follows:

1. The Defendant adopts and incorporates by reference the answers and affirmative defenses described in the Defendant's Answer filed on September 7, 2005.

2. The Defendant denies the allegations contained in paragraph 25 of Count II of the Plaintiff's Amended Complaint.

3. The Defendant admits the allegations contained in paragraph 26 of Count II of the Plaintiff's Amended Complaint.

4. The Defendant admits that the Plaintiff began working for Regions Bank on March 10, 1997. The Defendant is without knowledge or information sufficient to form a belief as to the remaining allegations contained in paragraph 27 of Count II of the Plaintiff's Amended Complaint.

5.      The Defendant is without knowledge or information sufficient to form a belief as to the allegations contained in paragraphs 28 and 29 of Count II of the Plaintiff's Amended Complaint.

6.      The Defendant admits that the Plaintiff, while employed at Regions Bank, was an employee protected under the FMLA. The Defendant denies the remaining allegations contained paragraph 30 of Count II of the Plaintiff's Amended Complaint.

7.      The Defendant denies the allegations contained in paragraphs 31, 32, 33, and 34 of Count II of the Plaintiff's Amended Complaint.

### Fifteenth Afirmative Defense

Except for the FMLA leave which was sought by the Plaintiff and granted by Regions Bank on two occasions in February 2003 and July 2004, the Plaintiff never sought or applied for any FMLA leave or gave notice to Regions Bank that she needed such leave.

### Sixteenth Afirmative Defense

The Plaintiff was not entitled to any FMLA leave at the time of her termination in February, 2005 as she never requested any such leave or gave Regions notice that she needed such leave.

### Seventeenth Afirmative Defense

The Plaintiff failed to request or give Regions Bank sufficient notice of any need for FMLA leave pursuant to the employment policies of Regions Bank.

### Eighteenth Afirmative Defense

Regions Bank specifically denies that it violated the FMLA in any manner.

**Nineteenth Afirmative Defense**

Regions Bank undertook all of the decisions and/or actions challenged by the Plaintiff as in violation of the FMLA for legitimate nondiscriminatory, nonretaliatory, nonpretextual reasons.

**Twentieth Afirmative Defense**

The equitable or declaratory relief sought by the Plaintiff is barred by the doctrine of latches, estoppel or unclean hands.

**Twenty-first Afirmative Defense**

Regions Bank took all if its actions with respect to the Plaintiff in good faith.

Respectfully submitted this 28th day of February, 2006.

/s/ Charles B. Paterson
Charles B. Paterson, Bar Number:  ASB-1542-R73C
Kelly F. Pate, Bar Number:  ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

**CERTIFICATE OF SERVICE**

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following electronically and/or by mail with United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 28th day of February, 2006:

    Penny Dianne Hays, Esq.
    Alabama Injury Lawyers
    401 Office Park Drive
    Birmingham, Alabama 35223

    /s/ Charles B. Paterson
    Charles B. Paterson, Bar Number: ASB-1542-R73C
    Kelly F. Pate, Bar Number: ASB-5289-L63F
    Attorneys for Defendant, Regions Bank
    BALCH & BINGHAM LLP
    105 Tallapoosa Street, Suite 200
    Montgomery, AL 36104-2549
    Telephone: (334) 834-6500
    Facsimile: (866) 736-3857
    E-mail: cpaterson@balch.com
    E-mail: kpate@balch.com