IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLA L. THREATT**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **2:05-cv-00765-MHT** |
| **REGIONS BANK,** ) | |
| ) | |
| **Defendant.** ) | |

**STATEMENT OF ATTORNEY FEES AND COSTS**

Comes now, Regions Bank, the Defendant in the above styled cause and pursuant to the Order of the Court dated February 22, 2006 submits the following:

1.   In response to the Plaintiff's February 1, 2006 "Motion for Leave to Amend Complaint", Defendant Regions filed on February 20, 2006 "Regions Bank's Opposition to Plaintiff's Motion to Leave to Amend Complaint" and "Memorandum Brief in Support of Regions Bank's Opposition to Plaintiff's Motion for Leave to Amend Complaint."

2.   The legal work completed by Balch & Bingham, LLP to facilitate the February 20, 2006 filings consisted of research of applicable case law, brief writing and the filing of the pleadings.  This legal work was substantially completed by Balch & Bingham LLP associate Joe Seawell Moore.  In completing this task, Joe Seawell Moore worked .3 hours on February 10, 2006, 2.2 hours on February 13, 2006, and 1 hour on February 14, 2006 for a total of 3.5 hours.  For this legal work, the client was charged at the rate of $170.00 per hour for the total charge of $595.00.

3. Counsel for the Defendant submits this statement in compliance with the Court's February 22, 2006 Order. However, Counsel for the Defendant agrees with the Court's conclusions in its February 22, 2006 Order that the Plaintiff's failure to file the Plaintiff's Motion for Leave to Amend Complaint within the deadlines imposed under the Scheduling Order was inadvertent oversight and the Defendant respectfully urges the Court to reconsider its directive in its February 22, 2006 Order that the attorney's fees and costs be taxed against the Plaintiff's counsel.

Respectfully submitted this 3rd day of March, 2006.

/s/Charles B. Paterson
Charles B. Paterson, Bar Number: ASB-1542-R73C
Kelly F. Pate, Bar Number: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following electronically and/or by mail with United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 3rd day of March, 2006:

Penny Dianne Hays, Esq.
Alabama Injury Lawyers
401 Office Park Drive
Birmingham, Alabama 35223

/s/Charles B. Paterson
Charles B. Paterson, Bar Number:  ASB-1542-R73C
Kelly F. Pate, Bar Number:  ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com