# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CV: 2:05-cv-00765-MHT |
| | ) |
| REGIONS BANK, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF CHANGE OF NAME, ADDRESS AND EMAIL

Penny Hays Cauley, formerly known as Penny D. Hays, attorney for Plaintiff, hereby notifies this Court of her change of name, effective March 13, 2006. Additionally, effective March 13, 2006, Plaintiff's counsel's new office address is as follows:

>Hays Cauley, P.C.
>P.O. Box 2629
>Tuscaloosa, Alabama 35403
>Telephone: (205) 464-0021
>Facsimile: (205) 464-0022
>Email: phc917@hayscauley.com

>Respectfully submitted,

>/s/ Penny Hays Cauley
>Penny Hays Cauley (HAY041)
>Hays Cauley, P.C.
>P.O. Box 2629

Tuscaloosa, AL 35403

## CERTIFICATE OF SERVICE

    I hereby certify that on March 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Charles B. Paterson and Kelly F. Pate, BALCH & BINGHAM, and I hereby certify that I have mailed by United States Postal Service the document to the following non - CM/ECF participants: not applicable.

    Respectfully submitted,

/s/ Penny Hays Cauley
Penny Hays Cauley (HAY041)