IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CARLA L. THREATT,        ) | |
|                              ) | |
|     Plaintiff,      ) | |
|                              ) | CIVIL ACTION NO. |
|   v.              ) | 2:05cv765-MHT |
|                              ) |    (WO) |
| REGIONS BANK,            ) | |
|                              ) | |
|     Defendant.      ) | |

ORDER

By the court's order of February 22, 2006, plaintiff Carla L. Threatt's attorney was taxed with the reasonable attorneys' fees and costs incurred by defendant Regions Bank in pursuing its objection to Threatt's untimely motion for leave to file an amended complaint.  Although given an opportunity, Threatt has not objected to Regions Bank's statement of attorneys' fees and costs.  In addition, after an independent review, the court finds entirely reasonable the amount of $ 595.00, which represents 3.5 hours of work billed at $ 170.00 per hour

and encompasses case-law research and the writing and filing of a brief.

While the court appreciates Regions Bank's willingness to forgo sanctions, at issue is not just the inconvenience (or lack thereof) to Regions Bank, but also the need to be attentive to court deadlines.

Therefore, it is ORDERED as follows:

(1) Attorneys' fees and costs in the amount of $ 595.00 are taxed against plaintiff Carla L. Threatt's attorney, not plaintiff Threatt herself, to be paid immediately.

(2) Within 14 days, defendant Regions Bank is to file a statement indicating that the assessed amount has been received and accepted.

DONE, this the 16th day of March, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE