IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLA THREATT**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:05-CV-00765-MHT |
| ) | |
| **REGIONS BANK,** ) | |
| ) | |
| Defendant. ) | |

**RESPONSE OF REGIONS BANK TO**
**ORDER OF THE COURT DATED MARCH 16, 2006**

Comes now Regions Bank, the Defendant in the above-styled cause and pursuant to the Court's Order of March 16, 2006 hereby reports that the amount assessed in the Order has been paid, received and accepted by Regions Bank.

Respectfully submitted this 22nd day of March, 2006.

/s/ Charles B. Paterson
Charles B. Paterson, Bar Number: ASB-1542-R73C
Kelly F. Pate, Bar Number: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com

166526.1

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following electronically and/or by mail with United States Postal Service a copy of the foregoing document to any non-CM/ECF participants this the 22nd day of March, 2006:

Penny Dianne Hays, Esq.
Alabama Injury Lawyers
401 Office Park Drive
Birmingham, Alabama 35223

/s/ Charles B. Paterson
Charles B. Paterson, Bar Number: ASB-1542-R73C
Kelly F. Pate, Bar Number: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com