IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CARLA THREATT,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CASE NO. 2:05-CV-00765-MHT** |
| ) | |
| **REGIONS BANK,** ) | |
| ) | |
| **Defendant.** ) | |

### STIPULATION FOR DISMISSAL

Come now the parties in the above-styled cause by and through their attorneys of record and hereby stipulate and agree this matter has been resolved between the parties and that this case should be dismissed with prejudice and with each party to bear their own respective costs.

Respectfully submitted this 27th day of April, 2006.

/s/ Penny Hays Cauley
Penny Hays Cauley
Bar Number: HAY041
Attorney for Carla L. Threatt
HAYS CAULEY, P.C.
P.O. Box 2629
Tuscaloosa, Alabama 35403
Telephone: (205)464-0021
Facsimile: (205)464-0022
E-mail: phc917@hayscauley.com

/s/ Charles B. Paterson
Charles B. Paterson
Bar Number: ASB-1542-R73C
Kelly F. Pate
Bar Number: ASB-5289-L63F
Attorneys for Defendant, Regions Bank
BALCH & BINGHAM LLP
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104-2549
Telephone: (334) 834-6500
Facsimile: (866) 736-3857
E-mail: cpaterson@balch.com
E-mail: kpate@balch.com